UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole Braun, a married woman,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>USAA Comprehensive Welfare Plan, an ERISA benefits plan; USAA's Executive Vice President, People Services, plan administrator; United Services Automobile Association; Plan Sponsor,<br><br>　　　　　　Defendants. | **No.:** CV13-01923-PHX DGC<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' Stipulation of Dismissal With Prejudice. Doc. 25.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 25) is **granted.** This matter is dismissed with prejudice. Each side will bear its own attorney's fees and costs.

Dated this 6th day of January, 2015.

_____
David G. Campbell
United States District Judge